## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARREN McCRACKEN, | ) | Case No:  4:02CV3090 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #7, labeled S7, and attachment to filing #24 (banker's box), labeled S24 be returned to Susan J. Gustafson, counsel for Respondent, for appropriate disposition.  The State Court Records may be picked up at the Office of the Clerk of the District Court,  U.S. Courthouse, Room 593, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 24th day of May, 2006.

BY THE COURT

s/   Warren K. Urbom
United States Senior District Judge